# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**KEVIN CHOUTE,**

    *Petitioner*,

v.                                                    Case No.: 4:21cv127-MW/HTC

**STATE ATTORNEY JACK CAMPBELL
and LEON COUNTY SHERIFF WALT
MCNEIL,**

    *Respondents*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's case is **DISMISSED without prejudice** for failure to prosecute and failure to comply with

Court orders." The Clerk shall close the file.

**SO ORDERED on June 23, 2021.**

**s/Mark E. Walker**
**Chief United States District Judge**